# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK EUGENE LAMB III, ) | Civil Action No. 20-cv-03036-TJK |
| ) | |
| Plaintiff, ) | **DECLARATION OF** |
| ) | **MARCIA N. TIERSKY** |
| v. ) | |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, Marcia N. Tiersky, do hereby declare and state as follows:

1. I have personal knowledge of the statements made herein. If called as a witness, I could and would testify competently thereto.

2. I am the Associate Chief Counsel, Civil Litigation Section, in the Office of Chief Counsel of the United States Department of Justice, Drug Enforcement Administration (DEA).

3. As such, I am the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to DEA under the Federal Tort Claims Act (FTCA). Agency procedures require that all FTCA claims over $500.00 be submitted to this office for review.

4. As a routine business practice, this office maintains an electronic record of each such claim. This system has been in effect for over ten years.

5. I have become aware that Plaintiff Frank Eugene Lamb III has filed a civil action in which he purports to assert claims against DEA.

6. On or about March 18, 2021, I caused a thorough search to be made of the FTCA claim records of this office to determine whether Frank Eugene Lamb III presented a claim to DEA.

7. My office has no record that any FTCA claim was presented by or on behalf of Plaintiff Frank Eugene Lamb III.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Executed this 18th day of March, 2021.

_____
Marcia N. Tiersky

2